of Appeals for the District of Columbia Circuit. Certiorari denied. *Ellis W. Manning* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling, A. Norman Somers* and *Norton J. Come* for respondents.

No. 59. AMBROSE ET AL. *v.* MARZALL, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Alva D. Adams* and *Stone E. Bush* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for respondent.

No. 60. TOWER HOSIERY MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *L. P. McLendon* and *Thornton H. Brooks* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling, Mozart G. Ratner* and *Samuel M. Singer* for respondent.

No. 61. DAVIS *v.* COOK ET AL., CONSTITUTING THE BOARD OF EDUCATION OF ATLANTA. C. A. 5th Cir. Certiorari denied. *Oliver W. Hill, Thurgood Marshall, Robert L. Carter* and *James M. Nabrit* for petitioner. *M. F. Goldstein* and *B. D. Murphy* for respondents.

No. 62. TOLEDO BLADE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Mark Eisner* and *Ferdinand Tannenbaum* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent.